**KUSHNICK & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
445 BROAD HOLLOW ROAD - SUITE 124
MELVILLE, NEW YORK 11747
(631) 752-7100
FAX: (631) 777-7732

LAWRENCE A. KUSHNICK                                           LEGAL ASSISTANT
CRAIG H. HANDLER                                               MARY E. McNULTY
VINCENT T. PALLACI
LIDIA D. SZCZEPANOWSKI

March 11, 2009

Via ECF

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, NY  11722

          Re:  Garcia v. Pancho Villa's & Abbatvello
             CV-09-486

Dear Judge Boyle:

    Attached please find a stipulation extending time to answer the complaint in the above entitled matter, which was electronically filed but inadvertently forwarded to Judge Feuerstein to be so ordered.

    We respectfully request that the defendants' time to answer the plaintiff's complaint be extended from March 15, 2008 to April 9, 2008.  Plaintiff's counsel has consented to our request for said extension.  There have been no previous requests for said extension.

    Thank you for your consideration.

                         Very truly yours,

                         /s/

                         LAWRENCE A. KUSHNICK

LAK:m
Attachment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANTONIO GARCIA, on behalf of himself, and          CV-09-486
all others similarly situated,

                           Plaintiffs,       Judge S. Feuerstein / Judge M. Boyle

   -against-

PANCHO VILLA'S OF HUNTINGTON VILLAGE,
INC. and AGOSTINO ABBATVELLO, JR., an
individual,

                           Defendants.
----------------------------------------------------------------x

## STIPULATION

**WHEREAS** plaintiffs, ANTONIO GARCIA, on behalf of himself, and all others similarly situated filed a complaint on or about February 6, 2009,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows:

1. To extend the original time for defendants, PANCHO VILLA'S OF HUNTINGTON VILLAGE, INC. and AGOSTINO ABBATVELLO, JR., an individual, to answer to April 9, 2009.

2. That said defendants have made no previous requests for an extension.

3. That plaintiffs have agreed to extend the time for said defendants to answer.

4. This So Ordered Stipulation embodies the entire agreement of the parties in this matter.

SO ORDERED:

New York, NY

                                                  United States District Court Judge


                                                  Respectfully submitted:

                                                    /s/
                                             Lawrence A. Kushnick, Esq. [LAK 2146]
                                             KUSHNICK & ASSOCIATES, P.C.

Attorneys for Defendants
445 Broadhollow Road, Suite 124
Melville, NY 11747
631-752-7100
Fax 631-777-7732
lak@kushnicklaw.com


_____/s/_____
Troy L. Kessler, Esq. (TK 4793)
MISIANO SHULMAN CAPETOLA & KESSLER, LLP
Attorneys for Plaintiffs
510 Broadhollow Road, Suite 110
Melville, NY  11747
631-499-9100
tkessler@mscklaw.com